UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., <br><br> Plaintiff(s), <br><br> -against- <br><br> LYNCH INTERNATIONAL, INC., <br><br> Defendant(s). | 07 CIV _____ <br><br> RULE 7.1 STATEMENT <br><br>  |

     PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING COMPANY, S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MEDITERRANEAN SHIPPING COMPANY, S.A. or MEDITERRANEAN SHIPPING CO. (USA) INC.

Dated: New York, New York

     December 5, 2007

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff(s)
                              MEDITERRANEAN SHIPPING CO. S.A. and
                              MEDITERRANEAN SHIPPING CO. (USA) INC.

                  By: _____
                              Jorge A. Rodriguez (JR 2162)
                              111 Broadway, Tenth Floor
                              New York, New York 10006
                              Tel (212) 385-1422
                              Fax (212) 385-1605
                              Our File No. 12/3506/B/07/12

- 2 -

## SERVICE LIST

LYNCH INTERNATIONAL INC.
34-37 65th Street
Woodside, NY 11377