UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. S.A. and<br>MEDITERRANEAN SHIPPING CO. (USA) INC.,<br><br>Plaintiff(s),<br><br>-against-<br><br>LYNCH INTERNATIONAL, INC.,<br><br>Defendant(s). | **1:07-cv-11068-MGC**<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that Plaintiffs, MEDITERREAN SHIPPING COMPANY S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., by their attorneys, MAHONEY & KEANE LLP, will move this Court before the Honorable Miriam G. Cedarbaum, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, on March 6, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard for an order, pursuant to Rule 55 of the Federal Rules of Civil Procedure, entering a default judgment in favor of Plaintiff and against Defendant for failing to appear and otherwise defend this action, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: New York, NY

    February 11, 2008

                                    MAHONEY & KEANE, LLP
Attorneys for Plaintiff(s)
MEDITERRANEAN SHIPPING CO. S.A. and
MEDITERRANEAN SHIPPING CO. (USA) INC.

By: _____
Jorge A. Rodriguez (JR 2162)
111 Broadway, Tenth Floor
New York, New York 10006
Tel (212) 385-1422
Fax (212) 385-1605
<u>Our File No. 12/3506/B/07/12</u>

                        <u>SERVICE LIST</u>

LYNCH INTERNATIONAL INC.
34-37 65th Street
Woodside, NY 11377